HILMA ORR v. BERNARD M. KIMMEL.

November 7, 1984.

Petition for certification denied.

F.M.C. STORES CO. v. BOROUGH OF
MORRIS PLAINS.

November 7, 1984.

Leave to appeal granted.   (See 195 *N.J.Super.* 373)

EDISON MALL ASSOCIATES v. TOWNSHIP OF EDISON.

November 7, 1984.

Leave to appeal granted.   (See 195 *N.J.Super.* 373)

WENDY MORTIMER v. BOARD OF REVIEW.

November 7, 1984.

Certification to the Board of Review granted.